UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL PETERSON,

    Petitioner,

v.   Case No. 3:14cv104/RV/CJK

JULIE L. JONES,

    Respondent.
_____/

ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 10, 2015. (Doc. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 19) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 16) is DENIED.

3. Respondent has filed an answer to petitioner's habeas corpus petition (doc.

20) and this matter is referred back to the Magistrate Judge.

DONE AND ORDERED this 11th day of March, 2015.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**